# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150815(23)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

TIMOTHY WADE HORTON,
    Defendant-Appellant.
_____/

SC: 150815
COA: 324071
Oakland CC: 13-247924-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before June 7, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2016



Clerk